Dear Judge Quarles                                    May 29 2009

My name is Walter Poindexter. I am writing in hopes of refreshing your memory to my sentencing on March 12, 2008. Just before I was sentenced I was given a chance to speak and I expressed how I had and still have no excuses for my involvement with any drug activity. I broke the law and I accept full responsibility for that. I mentioned that my greatest fear was that I wouldn't be able to be there physical for my imediate family and didn't want to risk losing them or having to sit in prison to watch them grow old. Since then I have lost my Uncle, Father, and Grandmother all in 2008 and on April 2 2009 My little brother was murdered in Baltimore City Jail. I can't express how much pain and suffering I am going through and at the same time watching my mother go through mental & physical changes over the lost of one of her 2 sons. During my sentencing I was given a 5K1 for cooperation with the Johnathan Luna Case and the government also recomended the low end which you agreed to. Because of the tragic situation surrounding the Luna investigation you were first given the wrong offense level for my guidelines. Mistakenly the government said my level was 30 and the low end would have been 168 months which I recieved. The government then corrected the offense level to 29 which would have adjusted my low end to 151 months. I mentioned this oversight to my appointed attorney and he said that

there's no way to be sure you wanted me to have the low end. I truly beleive in my heart that you wanted to sentence me to the low end of my guidelines and thats why I'm writing praying you will either re sentence me to the low end or contact the court of Appeals in reguards to my Appeal and make them aware of what took place. The attorney I have now has filed an Ander's brief so I assume he is through with my case. This is the only way I know to make you directly aware of my situation. Would you Please contact me or my mom with whatever decision you make reguarding my request. Again I'm making no excuses for my conviction I just beleive that you did intend for me to get 151 months insted instead of 168 months Thank You.

Sincerely
Walter Poindexter

Mom.
Vanessa Ray
3518 Langrehr Rd 1D
Baltimore MD 21244

410 521 2682 hm